UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICHARD BRANT KNIGHT**                      **CIVIL ACTION**

**VERSUS**                      **NO. 20-825**

**SOCIAL SECURITY ADMINISTRATION**                      **SECTION "I" (3)**

### ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Defendant's Cross-Motion for Summary Judgment (Rec. Doc. No. 17) is **GRANTED**, the Plaintiff's Motion for Summary Judgment (Rec. Doc. No. 15) is **DENIED**, and the Plaintiff's complaint be and is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 11th day of June, 2021.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**